UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HAROLD S. JACKSON-BEY,    CIVIL NO.10-3155 (JNE/JSM)

    Petitioner,

v.    ORDER

SCOTT P. FISHER,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 9, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] is dismissed for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 30, 2010

                                                  s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge